ARNOLD KUHLO and Another v. BOARD OF COUNTY COMMISSION-
ERS OF HENNEPIN COUNTY.[1]

December 13, 1901.

Nos. 12,827—(159).

**Claim Against County.**
    State v. Smith, 84 Minn. 295, recently decided by this court, followed
    and applied.

Appeal by plaintiffs from an order of the district court for Hennepin county, Brooks, J., denying a motion for a new trial. Affirmed.

*Edward C. Gale,* for appellants.

*F. H. Boardman,* County Attorney, and *C. L. Smith,* Assistant County Attorney, for respondent.

PER CURIAM.

This action was brought to recover the value of certain services in repairing surveyor's instruments, the property of the county surveyor of Hennepin county, and used by him in the performance

[1] Reported in 88 N. W. 2.

of the duties of his office. The theory of action was that the county of Hennepin was liable for the payment of such repairs. The case cannot be distinguished from State v. Smith, 84 Minn. 295, 87 N. W. 775.

That decision is followed and applied, and the order appealed from is affirmed.